IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,           )
                          )
    Plaintiff,            )
                          )
v.                        )   CASE NO. CV417-152
                          )
HAYLEY SHETH INVESTMENTS, LLC, )
and DOES 1-10,            )
                          )
    Defendants.           )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint (Doc. 1) is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 2ND day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA